IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOHAMMED MAHRAN, | Case No. 19-cv-07975 |
| Plaintiff, | |
| | Honorable Jorge L. Alonso |
| v. | |
| ROSELAND COMMUNITY HOSPITAL, | |
| Defendant. | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties hereby agree that this case has been settled pursuant to a settlement agreement which calls for installment payments through and including November 2023, and that all issues and controversies have been resolved to their mutual satisfaction.

**IT IS HEREBY ORDERED:**

1. This case is dismissed without prejudice with leave to reinstate on or before November 15, 2023.

2. In the event a motion to reinstate is not filed on or before November 15, 2023, the case shall be deemed dismissed with prejudice without further order of the Court.

3. Each party shall bear its own attorney's fees and costs.

Dated: __10/26/2022_____  _____
**Judge Jorge L. Alonso**
**United States District Court Judge**